UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DALLAS,<br><br>        Petitioner,<br><br>   v.<br><br>MICHAEL MARTELL, Warden,<br><br>        Respondent. | No. EDCV 09-2270-ODW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: July 23, 2012

                                                  OTIS D. WRIGHT II
                                                United States District Judge